Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **University Physician Group** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Wayne State University Physician Group** <br> **DBA  Kresge Eye Institute** <br> **DBA  Michigan Facial Aesthetic Surgeons** <br> **DBA  UPG** <br> **DBA  WSUPG** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-3474766** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1560 Maple Road** <br> **Troy, MI 48083** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Oakland** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://www.wsupgdocs.org/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ■ Other. Specify:  **Not for Profit** |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

**11. Why is the case filed in**   *Check all that apply:*
**this district?**

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
    preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**   ■ No
**have possession of any**
**real property or personal**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of**   .   *Check one:*
**available funds**

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**   ☐ 1-49                  ☐ 1,000-5,000            ☐ 25,001-50,000
**creditors**              ☐ 50-99                 ☐ 5001-10,000            ☐ 50,001-100,000
                          ☐ 100-199               ☐ 10,001-25,000          ☐ More than100,000
                          ■ 200-999

---

**15. Estimated Assets**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                          ☐ $50,001 - $100,000        ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                          ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                          ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  7, 2018**
               MM / DD / YYYY

**X** **/s/ University Physician Group, by Charles J. Shanley, M.D., CEO**        **University Physician Group, by Charles J. Shanley, M.D., CEO**
Signature of authorized representative of debtor                                  Printed name

Title    **Chief Executive Officer**

---

**18. Signature of attorney**

**X** **/s/ Mark H. Shapiro**                                    Date  **November  7, 2018**
Signature of attorney for debtor                                      MM / DD / YYYY

**Mark H. Shapiro P43134**
Printed name

**Steinberg Shapiro & Clark**
Firm name

**25925 Telegraph Rd.**
**Suite 203**
**Southfield, MI 48033-2518**
Number, Street, City, State & ZIP Code

Contact phone  **248-352-4700**        Email address  **shapiro@steinbergshapiro.com**

**P43134 MI**
Bar number and State

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **University Physician Group**      Case No. _____

       Debtor(s)      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Chief Executive Officer** of the Not for Profit named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 7, 2018**        Signature   **/s/ University Physician Group, by Charles J. Shanley, M.D., CEO**

                                                     **University Physician Group, by Charles J. Shanley, M.D., CEO**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

1455 South Lapeer Road Holdings LLC
31550 Northwestern Highway
Suite 220
Farmington, MI 48334


3M Health Information Systems
Dept. 0881
PO Box 120881
Dallas, TX 75312-0881


AAO-HNS
PO Box 79463
Baltimore, MD 21279-0463


ABB Optical Group
PO Box 504546
Saint Louis, MO 63150-0001


ABC Coffee Service Corp.
24691 Telegraph Road
Southfield, MI 48034


Abdulghani Sankari, M.D.
c/o Cullen Bryant McKinney
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152


Absopure Water Co.
PO Box 701760
Plymouth, MI 48170-0970


Academy of Surgery of Detroit
3031 W. Grand Blvd., Ste 645
Detroit, MI 48202


ACGME
29376 Network Place
Chicago, IL 60673-1293


ACSPA
Dept. 8021
PO Box 87618
Chicago, IL 60680

Adam Zahr, M.D.
c/o Jennifer Wright Greenman
Kitch Attorneys & Counselors
1 Woodward Ave., Ste 2400
Detroit, MI 48226


ADP, Inc.
PO Box 842875
Boston, MA 02284-2875


Advanced Medical Technologies
1047 South Highland
Dearborn, MI 48124-1666


Akorn, Inc.
Lockbox #3950
3950 Payshere Circle
Chicago, IL 60674


William Allen
c/o Shawndrica Simmons, Esq.
77 Bagley St.
Pontiac, MI 48341


Ali Almaweri
c/o Jeffrey T. Stewart, Esq.
Seikaly Stewart and Bennett PC
30445 Northwestern Hwy., Ste 250
Farmington, MI 48334


Altair
PO Box 45036
San Francisco, CA 94145-0036


Alvan Ribiat
c/o Brian H. Herschfus
Wood Kull Herschfus Obee & Kull PC
37000 Grand River Ave., Ste 290
Farmington, MI 48335


Yasmeen Alwageh


Alyko Enterprises, LLC
2801 Manorwood Drive
Troy, MI 48085

Amcon
9735 Green Park Industrial Drive
Saint Louis, MO 63123


American Academy of Ophthalmology
Dept 34037
PO Box 39000
San Francisco, CA 94139


American Medical Association
PO Box 4198
Carol Stream, IL 60197-9788


American Messaging LLC
PO Box 5749
Carol Stream, IL 60197-5749


AmerisourceBergen
PO Box 978740
Dallas, TX 75397-8740


Anago of Metro Detroit
6960 Orchard Lake Blvd.
Suite 231
West Bloomfield, MI 48322


Robert Anderson
c/o Joseph L. Konheim, Esq.
Law Offices of Blum & Associates
15815 W. 12 Mile Rd.
Southfield, MI 48076


Anesthesia Bus Consultants LLC
Department #77181
PO Box 77000
Detroit, MI 48277-0181


Anesthesia Business Consultants, LLC
255 W. Michigan Ave.
Jackson, MI 49201


Aramark
McGregor Memorial Conf Center
495 W. Ferry Mall
Detroit, MI 48202

Aramark Refreshment Services
13623 Otterson Ct.
Livonia, MI 48150


Art Optical
PO Box 1848
Grand Rapids, MI 49501-1848


Artistic Type
PO Box 219
Trenton, MI 48183


AS Software Inc.
560 Sylvan Ave.
Englewood Cliffs, NJ 07632


ASGE
PO Box 809055
Chicago, IL 60680-9055


ASI Signage Innovations
Sign Concepts Corp
1119 Wheaton Ave.
Troy, MI 48083


AT&T
PO Box 105068
Atlanta, GA 30348-5068


Avella
24416 N. 19th Avenue
Phoenix, AZ 85085


AVID Design Inc.
PO Box 776150
Chicago, IL 60677-7144


Savannah Baird


Bank of America
500 Griswold Ave., Suite 2600
Detroit, MI 48226

Barbara Ann Karmanos Cancer Institute
4100 John R.
Detroit, MI 48201


BarFly Ventures LLC
HopCat Detroit LLC
35 Oakes SW #400
Grand Rapids, MI 49503


Besse Medical Supply
1576 Solutions Ctr
Chicago, IL 60677-1005


Bheemreddy Suchita
c/o Cullen Bryant McKinney
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152


Annitta Billings


Biofrontera Inc.
201 Edgewater Drive
Suite 210
Wakefield, MA 01880


BMC Lake Orion
214 S. Broadway
Ste. 300
Lake Orion, MI 48362


BMC Lake Orion, LLC
214 S. Broadway
Ste. 300
Lake Orion, MI 48362


Botsford General Hospital
c/o David R. Nauts
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152

Bret A. Hughes, M.D.
c/o Maureen C. Adkins
Plunkett Cooney
38505 Woodward Ave, Ste 100
Bloomfield Hills, MI 48304


Brink's Inc.
7373 Solutions Center
Chicago, IL 60677-7003


Kenneth T. Brooks, Esq.
Honigman
222 N. Washington Square
Ste. 400
Lansing, MI 48933


Career Builder LLC
13047 Collection Center Drive
Chicago, IL 60693-0130


CarePaths, Inc.
PO Box 121
Scranton, KS 66537


Caroline Chevalier
c/o Jeffrey T. Meyers
Morgan & Meyers PLC
3200 Greenfield Rd., Ste 260
Dearborn, MI 48120


CDW Government, Inc.
75 Remittance Drive, Suite 1515
Chicago, IL 60675-1515


Charles P . Caputo
DMC Real Estate Services
CBRE Tenet Healthcare
4707 St. Antoine, Ste. C526
Detroit, MI 48201


Chemical Bank
PO Box 1527
Midland, MI 48641-1527

Christina Coan MSN NP
c/o Jenna Wright Greenman
Kitch Attorneys & Counselors
One Woodward Ave., Ste 2400
Detroit, MI 48226


Ricky Clark
23336 N. Brookside Drive
Dearborn, MI 48128


Briana Cole
c/o Gerald E. Thurswell, Esq.
Thurswell Law Firm PLLC
1000 Town Ctr., Ste 500
Southfield, MI 48075


College Hill Apartments
510 College, NE
Grand Rapids, MI 49503


College Hill Apartments - Office
510 College Ave NE
Grand Rapids, MI 49503


Comcast
PO Box 7500
Southeastern, PA 19398-7500


Compass Technology Solutions, LLC
233 Church St.
Mount Clemens, MI 48043


Complete Capital Services, Inc.
22811 Mack Ave.
Suite 203
Saint Clair Shores, MI 48080


Continental Canteen
1578 Reliable Parkway
Chicago, IL 60686-0015


Cooper Surgical Inc.
PO Box 712280
Cincinnati, OH 45271-2280

```
Coopervision
PO Box 145409
Cincinnati, OH 45250-5409


Corporate Screening Services, Inc.
16530 Commerce Court
Cleveland, OH 44130


Corrigan Moving Systems
23923 Research Drive
Farmington, MI 48335


Create My Tee LLC
4343 Concourse Dr.
Suite 200
Ann Arbor, MI 48108


Cuesta Inocencio
c/o David R. Nauts
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152


Myla Cunningham
c/o Jack Beam, Esq.
Beam Legal Team LLC
954 W Washington Blvd, Ste 215
Chicago, IL 60607-2224


David R. Bryant, Jr., MD
c/o Maureen Adkins, Esq.
Plunkett Cooney PC
38505 Woodward Ave., Ste 100
Bloomfield Hills, MI 48304-5096


Darryl Davis
c/o John C. Kaplansky, Esq.
Law Offices of John C. Kaplansky PC
30100 Telegraph Rd., Ste 360
Franklin, MI 48025


Logan Davis
c/o Barry F. Keller, Esq.
Keller & Avadenka PC
2242 S. Telegraph Rd., Ste 100
Bloomfield Hills, MI 48302
```

Dawna Hoesli Powell, RPA, CCIM
American Healthcare Investors, Inc.
8902 North Meridien Street
Suite 220
Indianapolis, IN 46260


Deaf & Hearing Impaired Svc Inc.
25882 Orchard Lake Road, Ste #100
Farmington, MI 48336


DEAF C.A.N.
2111 Orchard Lake Road, Suite #101
Sylvan Lake, MI 48320


Dearborn Real Estate Development
26935 Northwestern Hwy.
BSC 3C Corp Accting, Dept #750000
Southfield, MI 48033


Dearborn Real Estate Development, LLC
28400 Northwestern Hwy. Ste. 400
Southfield, MI 48034


Dearborn Schaeffer Office Co., LLC
c/o Paul H Huth, Esq.
Huth Lynett
645 Griswold St., Ste. 4300
Detroit, MI 48226


Dearborn Schaffer Office LLC
One Towne Square
Suite 1600
Southfield, MI 48076


Debra's PTA's
3281 Coolidge
Berkley, MI 48072


Dell Marketing LP
c/o Dell USA LP
PO Box 643561
Pittsburgh, PA 15264-3561


Dermavance, Inc.
274 West Lancaster Ave., Ste 200
Malvern, PA 19355

Detroit Medical Center Corp
Tenet Health
PO Box 845610
Dallas, TX 75284-5610


Detroit Receiving Hospital
4201 St. Antoine Blvd
Detroit, MI 48201


Detroit Surgical Association
3031 W. Grand Blvd., Ste 645
Detroit, MI 48202-5002


DiMeo Schneider
500 W. Madison St.
Ste. 1700
Chicago, IL 60601


DMC
Harper-Hutzel Hospital
4707 St. Antoine, C 526
Detroit, MI 48201


DMC Legal Affairs
4707 St. Antoine, Suite W514
Detroit, MI 48201


DMC Legal Affairs
4707 St. Antoine, Ste. W514
Detroit, MI 48201


DMC Real Estate
4707 St. Antoine
5th Floor
Detroit, MI 48201


Dr. L. Reynolds Associates, P.C.
c/o David M. Ottenwess
Ottenwess Taweel & Schenk PLC
535 Griswold St., Ste 850
Detroit, MI 48226


Dynamic Diagnostics Inc.
800 Junction Street
Plymouth, MI 48170

E3 Diagnostics
3333 N. Kennicott Ave.
Arlington Heights, IL 60004


East
633 N. Saint Clair Ct.
Suite 2600
Chicago, IL 60611


Eastern Association for Surgery of Traum
Wake Forest School of Medicine
Medical Center Blvd.
Winston Salem, NC 27157-1028


Rolanda Elam


Ellex Inc.
Attn: Becki Lundquist
7138 Shady Oak Road
Eden Prairie, MN 55344-3517


Paul Ellis


Eri Gursel, MD
c/o Jenna Wright Greenman
Kitch Attorneys & Counselors
One Woodward Ave., Ste 2400
Detroit, MI 48226


Esmael Amjad, M.D.
c/o Jennifer Wright Greenman
Kitch Attorneys & Counselors
1 Woodward Ave., Ste 2400
Detroit, MI 48226


EverBank Commercial Finance, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054


Excel Laboratory Inc.
4615 E. Industrial St. 1-I
Simi Valley, CA 93063

Fahim K. Ibrahim, MD PC d/b/a
Port Huron Eye Care
4190 24th Avenue, Suite 204
Fort Gratiot, MI 48059


FedEx
PO Box 371461
Pittsburgh, PA 15250-7461


First Choice Services
1460 Combermere
Troy, MI 48083


Foley Medical Supply, Inc.
PO Box 416
Saginaw, MI 48606-0416


Fordson Cleaners
13075 Michigan Ave.
Dearborn, MI 48126


Frank Baciewicz, MD
c/o Randall Juip
Foley Baron Metzger & Juip PLLC
38777 Six Mile Rd., Ste 300
Livonia, MI 48152


Fund for Medical Research and Education
540 E. Canfield
Rm. 1241
Detroit, MI 48201


GAHC4 Southfield MI MOB, LLC
c/o American Healthcare Investors
18191 Von Karman Ave.
Suite 300
Irvine, CA 92612


GAHC4 Southfield MI MOB, LLC
150 W. Second Street, Suite 2000
Detroit, MI 48201

GAHC4 Southfield MI MOB, LLC
c/o American Healthcare Investors, LLC
18191 Von Karman Ave.
Suite 300
Irvine, CA 92612


Gallagher Benefit Services, Inc.
PO Box 71696
Chicago, IL 60694-1696


Genzyme
62665 Collections Center Drive
Chicago, IL 60693-0626


Gipsa A. Joseph, M.D.
c/o Jennifer Wright Greenman
Kitch Attorneys & Counselors
1 Woodward Ave., Ste 2400
Detroit, MI 48226


Natalie Gramont


GreatAmerica Financial Svcs
PO Box 660831
Dallas, TX 75266-0831


Greenfield Medical Center of Dearborn PC
c/o Mohamad Khansa, M.D.
4953 Schaefer
Dearborn, MI 48126


Jada Gresham
c/o Brian J. McKeen, Esq.
McKeen and Associates PC
645 Griswold St., Ste 4200
Detroit, MI 48226


Hall, Render, Killian, Heath & Lyman PC
PO Box 714570
Cincinnati, OH 45271-4570

Harper Hutzel Hospital
c/o Cullen Bryant McKinney
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152


Harper University Hospital
PO Box 845610
Dallas, TX 75284-5610


Harper-Hutzel Hospital
c/o Detroit Medical Center
Real Estate Services
4707 St. Antoine, C526
Detroit, MI 48201


Harper-Hutzel Hospital
3990 John R
Detroit, MI 48201-2403


Health eCareers
33292 Collection Center Dr.
Chicago, IL 60693-0332


Health Market Solutions, LLC
1932 Vinsetta Boulevard
Royal Oak, MI 48073


Healthcare Administrative Partners
c/o David Landau, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196


HealthFirst
Dept CH 14330
Palatine, IL 60055-4330


Healthstream, Inc.
209 10th Ave.
South 450
Nashville, TN 37203


Highland Meadows

Hilco
PO Box 643792
Pittsburgh, PA 15264-3792


Huron Valley - Sinai Hospital
PO Box 845610
Dallas, TX 75284


Hutzel Women's Hospital
PO Box 845610
Dallas, TX 75284-5610


Hutzel Women's Hospital
1445 Ross Ave., Suite 1400
Dallas, TX 75202


Hutzel Women's Hospital
c/o Jennifer Wright Greenman
Kitch Attorneys & Counselors
1 Woodward Ave., Ste 2400
Detroit, MI 48226


IDX/GE (Revenue billing platform)


InPro Corporation
580 WI8766 Apollo Dr.
Muskego, WI 53150


Iron Mountain
PO Box 27128
New York, NY 10087-7128


Irvine Scientific
1830 East Warner Ave.
Santa Ana, CA 92705


J.C. Ehrlich Co Inc.
dba Eradico Pest Services
41169 Vincenti Ct.
Novi, MI 48375

Regina Jamerson
c/o Christopher J. Trainor, Esq.
Law Offices of Christopher J. Trainor
9750 Highland Rd.
White Lake, MI 48386


James E. Puklin, M.D.
c/o Cullen Bryant McKinney
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152


Jewish Vocational Service
29699 Southfield Rd.
Southfield, MI 48076-2063


Jewish Vocational Services
29699 Southfield Rd.
Southfield, MI 48076


Jimmy Belotte, MD
c/o Maureen Adkins, Esq.
Plunkett Cooney, PC
38505 Woodward Ave., Ste 100
Bloomfield Hills, MI 48304


Johnson & Johnson Vision Care
Vistakon Lockbox
5855 Collection Center Dr.
Chicago, IL 60693-0058


Karoline Puder, MD
c/o Maureen Adkins, Esq.
Plunkett Cooney PC
38505 Woodward Ave., Ste 100
Bloomfield Hills, MI 48304


KCC Medical Staff Fund
Barbara Ann Karmanos Cancer Ctr
4100 John R Mail Code GE00RO
Detroit, MI 48201


Keating Consulting
50169 Grant St.
Canton, MI 48188

Kenmark Group
1800 Research Drive
Louisville, KY 40299


Dr. Mazhar Khan
4104 Golf Ridge Dr. E.
Bloomfield Hills, MI 48302


Kia Lannaman, M.D.
c/o Jennifer Wright Greenman
Kitch Attorneys & Counselors
1 Woodward Ave., Ste 2400
Detroit, MI 48226


Robert Kimble
c/o Keith D. Forman, Esq.
Wais, Vogelstein, Forman & Offutt, LLC
1829 Reisterstown Rd., #425
Pikesville, MD 21208


Robert Kimble
c/o Jesse M. Reiter, Esq.
Reiter & Walsh PC
122 Concord Rd.
Bloomfield Hills, MI 48304


Romaya Kimble
c/o Jesse M. Reiter, Esq.
Reiter & Walsh PC
122 Concord Rd.
Bloomfield Hills, MI 48304


Romaya Kimble
c/o Keith D. Forman, Esq.
Wais, Vogelstein, Forman & Offutt, LLC
1829 Reisterstown Rd., #425
Pikesville, MD 21208


Timothy Koltun, Esq
Clark Hill PLC
400 Woodward Ave
Ste. 3500
Detroit, MI 48226


Konica Minolta Business Solutions
Dept CH 19188
Palatine, IL 60055-9188

David Koschnitzke


Kresge Eye Institute
c/o Cullen Bryant McKinney
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152


Laboratory Corporation of America
PO Box 12140
Burlington, NC 27216


Lantheus Medical Imaging
PO Box 101236
Atlanta, GA 30392-1236


Reba LaPointe
c/o Jeffrey T. Meyers, Esq.
Morgan & Meyers, PLC
3200 Greenfield Rd., Ste 260
Dearborn, MI 48120


Lark Laboratories Inc.
6421 Hamilton Dr. East
Holland, OH 43528


Laundry in the D, Inc.
16300 E. Warren
Detroit, MI 48224


Laveta Anderson
c/o Brian J. McKeen
McKeen & Associates
645 Griswold St., Ste 4200
Detroit, MI 48226


Mei'A Lee-Terry
c/o Gerald E. Thurswell, Esq.
Thurswell Law Firm PLLC
1000 Town Ctr., Ste 500
Southfield, MI 48075

Legacy DMC
c/o Cullen Bryant McKinney
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152


Legacy HHH
c/o Cullen Bryant McKinney
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152


Legacy SHGD
c/o Jennifer Wright Greenman
Kitch Attorneys & Counselors
1 Woodward Ave., Ste 2400
Detroit, MI 48226


Leonard Bros. Data Management, Inc.
PO Box 867
Royal Oak, MI 48068-0867


LN2 Gas and Supply LLC
12620 Southfield
Detroit, MI 48223


LPA Software Solutions, LLC
PO Box 8000
Department 181
Buffalo, NY 14267


Luxottica USA
PO Box 100444
Atlanta, GA 30384


Macomb Duplicating Company
28721 Utica Road
Roseville, MI 48066


Mai Delivery Service
PO Box 33022
Detroit, MI 48232-5022

Manasi Patwardhan, M.D.
c/o D. Jennifer Andreou
Plunkett Cooney
150 W. Jefferson Ave, Ste 800
Detroit, MI 48226


Marchon Eyewear, Inc.
88216 Expedite Way
Chicago, IL 60695-0001


MBM Computer System Solutions Inc.
375 Robbins Drive
Troy, MI 48083


McLaren Greater Lansing
401 West Greenlawn Avenue
Lansing, MI 48910


Medline Industries, Inc.
Box 382075
Pittsburgh, PA 15251-8075


Mednet Partners LLC
7404 Corlandt Place
Norfolk, VA 23505


Mehregan R E Management, LLC
5428 Teakwood Blvd.
Monroe, MI 48161


Stephanie Mellon-Reppen
c/o Steve J. Weiss, Esq.
Hertz Schram PC
1760 S. Telegraph Rd., Ste 300
Bloomfield Hills, MI 48302


Merge Healthcare
PO Box 205824
Dallas, TX 75320-5824


Merit Network Inc.
Dept #771746
PO Box 77000
Detroit, MI 48277

Merz North American Inc.
PO Box 912073
Denver, CO 80291-2073


Metro Pizza Group Downtown LLC
Hungry Howie's #3606
30300 Stephenson Hwy #120
Madison Heights, MI 48071


Michigan Hearing Center, PLLC
d/b/a Michigan Ear Institute
30055 Northwestern Hwy.
Ste. 101
Farmington Hills, MI 48334


Michigan State Medical Society
120 W. Saginaw St.
East Lansing, MI 48823


MicroAire
Lock Box 96565
Chicago, IL 60693


Midtown Project, LLC
Attn: Gary Novara
2000 Town Center
Ste. 2370
Southfield, MI 48075


Millennium Surgical Corp
PO Box 775385
Chicago, IL 60677-5385


Edward Miller


Miller, Johnson, Snell & Cummskey PLC
PO Box 306
Grand Rapids, MI 49501-0306


Modern Optical International
585 Congress Circle North
Roselle, IL 60172-0360

Modern Printing Services Inc.
8850 Dixie Hwy.
Fair Haven, MI 48023


Mohamad Khansa, MD PC
d/b/a Greenfield Medical Center Dearborn
4953 Schaefer
Dearborn, MI 48126


Mood Media
PO Box 71070
Charlotte, NC 28272-1070


Michelle Mopkins
c/o Brian J. McKeen, Esq.
McKeen & Associates PC
645 Griswold St., Ste 4200
Detroit, MI 48226


Nathan Vandjelovic, D.O.
c/o Jennifer Wright Greenman
Kitch Attorneys & Counselors
1 Woodward Ave., Ste 2400
Detroit, MI 48226


Navid Seraji-Bozorgzad, MD
c/o Jenna Wright Goodman
Kitch Attorneys & Counselors
One Woodward Ave., Ste 2400
Detroit, MI 48226


Nelco Supply Company Corp.
49751 Woodward Ave.
Pontiac, MI 48342


Neopost


NETalytics
PO Box 969
Greer, SC 29652


Newburgh Associates, LLC
5800 Belleville Rd.
Belleville, MI 48111

Newburgh Associates, LLC
19030 Meginnity Ave.
Melvindale, MI 48122


Jalonne White Newsome


NextGen Healthcare Inc. (EMR Software)
PO Box 809390
Chicago, IL 60680


Curtis Norwick
c/o Brian McKeen, Esq.
McKeen & Associates, PC
645 Griswold St. Ste. 4200
Detroit, MI 48226-4210


NuPro Services, Inc.
23619 Pare Street
Saint Clair Shores, MI 48080


Nyesha Riley
c/o Robert P. Roth
19390 W. 10 Mile Rd.
Southfield, MI 48075


Oakwood Healthcare, Inc.
d/b/a Oakwood Healthcare System
18101 Oakwood Blvd
Dearborn, MI 48126


Oakwood Healthcare, Inc.
26935 Northwestern Hwy., 3d fl
Dept ID 750000
Southfield, MI 48033


Oakwood Healthcare, Inc.
18101 Oakwood Blvd.
Dearborn, MI 48124


Oakwood Hospital & Medical Center
c/o Bruce R. Shaw
Corbet Shaw Essad & Bonasso PLLC
30500 Van Dyke Ave, Ste 500
Warren, MI 48093

Oasis Medical Inc.
514 Vermont Ave.
Glendora, CA 91741


Office Depot
PO Box 633301
Cincinnati, OH 45263-3301


Office Depot
PO Box 633204
Cincinnati, OH 45263-3204


Omar A Khan, MD
c/o Jenna Wright Greenman
Kitch Attorneys & Counselors
One Woodward Ave., Ste 2400
Detroit, MI 48226


Optum Insight Corp.
PO Box 84019
Chicago, IL 60689-4002


OR Specialties
203 Union Street
Milford, MI 48381


Origio
PO Box 712280
Cincinnati, OH 45271-2280


Panera Bread Company
Attn: Accounts Receivable
PO Box 504888
Saint Louis, MO 63150-4888


ParaGard Direct
12601 Collection Center Drive
Chicago, IL 60693


Patel Rupa
c/o Thomas R. Shimmel
Kitch Attorneys & Counselors
1 Woodward Ave., Ste 2400
Detroit, MI 48226

Patrize Microscope, Inc.
PO Box 6001
Saint Clair Shores, MI 48080-6001


Patterson Dental
28244 Network Place
Chicago, IL 60673-1232


Jerry Pease


Peterson & Calunas, PLLC
363 W. Big Beaver Rd., Ste 215
Troy, MI 48084


Pharmacy Solutions
5204 Jackson Road, Suite C
Ann Arbor, MI 48103


Philip Lieu, M.D.
c/o Cullen Bryant McKinney
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152


Philips Medical Capital
PO Box 92449
Cleveland, OH 44193-0003


Phonak LLC
35555 Eagle Way
Chicago, IL 60678-1355


Cinnamon Pierce


Pitney Bowes Inc.
PO Box 371896
Pittsburgh, PA 15250-7896


John Pompey, Jr.

Port Huron Eye Care Management LLC
4190 24th Ave., Suite 204
Fort Gratiot, MI 48059

Rachel Post
373 Eileen Dr.
Bloomfield Hills, MI 48302

Premier Business Products, Inc.
L-3772
Columbus, OH 43260-3772

Prolmage Facilities Services, Inc.
18838 Beech Daly
Redford, MI 48240

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Queen Lillian, LLC
1442 Brush Street
Fourth Floor
Detroit, MI 48226

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Quset Software, Inc.
4 Polaris Way
Aliso Viejo, CA 92656

RadOnc Questions LLC
5522 South Hyde Park Blvd.
Chicago, IL 60637

Regina Nagy, MD
c/o Maureen Adkins
Plunkett Cooney, PC
38505 Woodward Ave., Ste 100
Bloomfield Hills, MI 48304

Rehabilitation Institute of Michigan
PO Box 845610
Dallas, TX 75284-5610


Rehabilitation Institute of Michigan
261 Mack Avenue
Detroit, MI 48201-2417


Rehabilitation Institute of Michigan
c/o VHS of Michigan MOB
Dept 4691
Carol Stream, IL 60122-4691


Reichert Technologies
PO Box 789202
Philadelphia, PA 19178


Patricia Reid
c/o Lynn M. Foley, Esq.
100 Orndorf Dr., Unit 669
Brighton, MI 48116


Ricoh USA Inc.
PO Box 802815
Chicago, IL 60680-2815


Rochester General Surgery PLC
75 Barclay Circle
Suite #200
Rochester, MI 48307


Linda Rotzoll


Melissa Rowe


LaAndre Rozier


RSM US LLP
One South Wacker Drive
Suite 800
Chicago, IL 60606

Deborah Rubinstein


Safilo USA
PO Box 35118
Newark, NJ 07193-5118


Sequence Health LLC
Department #SF 78
PO Box 830525
Birmingham, AL 35283-0525


Sharman Wilson-Cammon
c/o Kenneth T. Watkins
Sommers Schwartz PC
1 Towne Sq., Ste 1700
Southfield, MI 48076


Patricia Shaw


Kaeleigh Sheehan
c/o Brian J. McKeen, Esq.
McKeen & Associates PC
645 Griswold St., Ste 4200
Detroit, MI 48226


Shih Jenny
c/o Karl Eric Hannum
Hannum Law Firm PC
201 W. Big Beaver Rd., Ste 1130
Troy, MI 48084


Shred-It USA - JV LLC
28883 Network Place
Chicago, IL 60673-1288


Marionna Sloan-Allen
c/o Jack Beam, Esq.
Beam Legal Team LLC
954 W. Washington Blvd., Ste 215
Chicago, IL 60607


Society of Critical Care Medicine
35083 Eagle Way
Chicago, IL 60678-1350

Society of University Surgeons
11300 West Olympic Blvd.
Suite 600
Los Angeles, CA 90064


Southland Eye Clinic PC
Attn: John Belamaric
15055 Plaza South Drive
Taylor, MI 48180


Southland Eye Clinic PC
15055 Paza South Drive
Taylor, MI 48180


Staples Business Advantage
PO Box 660409
Dallas, TX 75266-0409


Starkey Laboratories Inc.
PO Box 9457
Minneapolis, MN 55440


Stathakis Inc.
24701 Halsted Rd.
Farmington, MI 48335


Stericycle Inc.
PO Box 6575
Carol Stream, IL 60197-6575


Stericycle Inc.
29338 Network Place
Chicago, IL 60673-1293


Steven Tennenberg, MD
c/o Jenna Wright Greenman
Kitch Attorneys & Counselors
One Woodward Ave., Ste 2400
Detroit, MI 48226


Betty Oden Stuart

Sure-Fit Laundry Inc.
33121 Glenwood
Wayne, MI 48184


Syed Naweed Raza, MD
c/o Randall Juip
Foley Baron Metzger & Juip PLLC
38777 Six Mile Rd., Ste 300
Livonia, MI 48152


T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Jeffrey Talley
c/o Gregory Wix, Esq.
Fieger Fieger Kenney & Harrington PC
19390 W 10 Mile Road
Southfield, MI 48075-2458


TelNet Worldwide Inc.
8020 Solutions Center
Chicago, IL 60677-8000


Tenet Health
PO Box 845610
Dallas, TX 75284


Tenet Health
1445 Ross Ave., Ste 1400
Dallas, TX 75202


Tenet Healthcare Corp.
c/o Cullen Bryant McKinney
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152


Tessin's Transcribing Services, Inc.
75362 Peters Drive
Romeo, MI 48065


The Office Supply Guys
30100 John R
Madison Heights, MI 48071

Theracom
Payment Center
PO Box 640105
Cincinnati, OH 45264-0105


Theramatrix Physical Therapy
c/o Thomas R. Shimmel
Kitch Attorneys & Counselors
1 Woodward Ave., Ste 2400
Detroit, MI 48226


Patrick Thomason


Kimberly Thon


TIAA Commercia Finance Inc.
PO Box 911608
Denver, CO 80291-1608


ShaCal Tinsley
c/o Frank Mafrice, Esq.
Frank Mafrice & Associates PLLC
17000 W. 10 Mile Rd., Ste 100
Southfield, MI 48075


Topix Pharmeceuticals Inc.
PO Box 1899
West Babylon, NY 11704


Troy Medical Properties
181 West Madison Street
Ste 4700
Chicago, IL 60602


Eleanor Turner


Tyler Bio-Engineering LLC
PO Box 734
Hartland, MI 48353

Unemployment Insurance Agency
PO Box 33598
Detroit, MI 48232-5598


Union Associates
6045 John C Lodge Expressway
Detroit, MI 48202


University Cleaners
4704 Cass
Detroit, MI 48201


University Health Center
c/o Jennifer Wright Greenman
Kitch Attorneys & Counselors
1 Woodward Ave., Ste 2400
Detroit, MI 48226


University Surgeons PC
c/o Jenna Wright Greenman
Kitch Attorneys & Counselors
One Woodward Ave., Ste 2400
Detroit, MI 48226


V.J. Maclin, LLC
19171 Woodston
Detroit, MI 48221


Venkatram Malini
c/o Maureen C. Adkins
Plunkett Cooney
38505 Woodward Ave., Ste 100
Bloomfield Hills, MI 48304


VHS Detroit Receiving Hospital, Inc.
PO Box 845610
Dallas, TX 75284-5610


VHS Detroit Receiving Hospital, Inc.
c/o Jennifer Wright Greenman
Kitch Attorneys & Counselors
1 Woodward Ave., Ste 2400
Detroit, MI 48226

```
VHS Harper Hutzel Hospital, Inc.
3990 John R
Attn: President
Detroit, MI 48201


VHS Harper Hutzel Inc.
c/o Cullen Bryant McKinney
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152


VHS of MI MOB, Inc.
Dept 4691
Carol Stream, IL 60122-4691


VHS of Michigan
Department 4401
Carol Stream, IL 60122-4401


VHS of Michigan MOB
Dept. 4691
Carol Stream, IL 60122-4691


VHS of Michigan, Inc.
c/o Jennifer Wright Greenman
Kitch Attorneys & Counselors
1 Woodward Ave., Ste 2400
Detroit, MI 48226


VHS of Michigan, Inc.
c/o Cullen Bryant McKinney
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152


VHS Physicians of Michigan
c/o Cullen Bryant McKinney
Tanoury Nauts McKinney & Garbarino PLLC
38777 6 Mile Rd., Ste 101
Livonia, MI 48152


Vision Craft
PO Box 815519
Payment Processing Center
Dallas, TX 75381-5519
```

Visionary Optics LLC
386 N. York Rd.
Suite 202
Elmhurst, IL 60126


Volk
7893 Enterprise Drive
Mentor, OH 44060


VVC Holding Corp. ??????
PO Box 840952
Dallas, TX 75284-0952


Wallaceburg Bookbinding & Mfg Co Ltd
PO Box 533
Marine City, MI 48039


Walton Crittenton MOB, LLC
c/o Kirco
101 W. Big Beaver Road
Suite 200
Troy, MI 48084


Walton Crittenton MOB, LLC
c/o Kirco
101 W. Big Beaver
Suite 200
Troy, MI 48084


Wayne State Surgical Society
4201 St. Antoine Street
Attn:  Deborah Waring
Rm 2V Dept of Surgery
Detroit, MI 48201


Wayne State University
Reimbursement/Parking
540 E. Canfield Rm 1241
Detroit, MI 48201


Wayne State University- Rent
540 E. Canfield
Rm. 1241
Detroit, MI 48201

Wazim Mohamed, MD
c/o Jenna Wright Greenman
Kitch Attorneys & Counselors
One Woodward Ave., Ste 2400
Detroit, MI 48226


Wellness Plan
c/o Karl Eric Hannum
Hannum Law Firm PC
201 W. Big Beaver Rd., Ste 1130
Troy, MI 48084


Wells Fargo Vendor Financial Services
PO Box 650016
Dallas, TX 75265-0016


Wendie Newman
American Healthcare Investors, Inc.
8902 North Meridien Street
Suite 220
Indianapolis, IN 46260


West Interactive Services Corporation
Department #1343
Denver, CO 80256-0001


Western Trauma Association
4655 Rockcress Ct.
Zionsville, IN 46077


Westshore Property Management


Gregory Whidby
c/o Brian J. McKeen, Esq.
McKeen and Associates PC
645 Griswold St., Ste 4200
Detroit, MI 48226


Wilson Ophthalmic
PO Box 676101
Dallas, TX 75267-6101


Brian Wilson-Cammon

Wolters Kluwer
PO Box 1590
Hagerstown, MD 21741-1590


Yadagiri Karthik
c/o Thomas R. Shimmel
Kitch Attorneys & Counselors
1 Woodward Ave., Ste 2400
Detroit, MI 48226


Zedan Dental Laboratory Inc.
27908 Orchard Lake Road
Farmington, MI 48334


Hong Zhao
c/o Frank Mafrice, Esq.
Frank Mafrice & Associates PLLC
17000 W. 10 Mile Rd., Ste 100
Southfield, MI 48075