Fill in this information to identify the case:  
Debtor name **University Physician Group**  
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**  
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3M Health Information Systems Dept. 0881 PO Box 120881 Dallas, TX 75312-0881 | Jean Graser jsgraser@mmm.com 801-265-4541 | Trade payable | | | | $27,918.40 |
| AS Software Inc. 560 Sylvan Ave. Englewood Cliffs, NJ 07632 | info@as-software.com 201-541-1900 | Trade payable | | | | $23,021.53 |
| Barbara Ann Karmanos Cancer Institute 4100 John R. Detroit, MI 48201 | info@karmanos.org 800-527-6266 | Trade payable | | | | $26,489.76 |
| Corrigan Moving Systems 23923 Research Drive Farmington, MI 48335 | Jennifer Grabke jgrabke@corriganmoving.com 800-267-7442 | Trade payable | | | | $16,561.60 |
| Dearborn Real Estate Development 26935 Northwestern Hwy. BSC 3C Corp Accting, Dept #750000 Southfield, MI 48033 | Joseph Stokes joseph.stokes@beaumont.org 248-423-2660 | Obligations due under commercial lease | Contingent Unliquidated | | | $55,918.74 |

| Debtor | **University Physician Group** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dearborn Schaeffer Office Co., LLC**<br>c/o Paul H Huth, Esq.<br>Huth Lynett<br>645 Griswold St., Ste. 4300<br>Detroit, MI 48226 | **Cynthia McDonnell**<br>cmcdonnell@redico.com<br>313-596-6668 | **Lease termination claims relating to property located at 5479 Schaeffer Road Dearborn, MI. Current outstanding balance not including breach damages i** | **Contingent Unliquidated** | | | $1,856,560.00 |
| **DiMeo Schneider**<br>500 W. Madison St. Ste. 1700<br>Chicago, IL 60601 | **Priscilla Tang**<br>ptang@dimeoschneider.com<br>312-853-1000 | **Consulting services** | | | | $19,781.70 |
| **Fund for Medical Research and Education**<br>540 E. Canfield Rm. 1241<br>Detroit, MI 48201 | **Rebecca Cooke**<br>rebecca.cooke@wayne.edu<br>313-577-1335 | **Trade payable** | | | | $1,349,370.43 |
| **GAHC4 Southfield MI MOB, LLC**<br>c/o American Healthcare Investors<br>18191 Von Karman Ave.<br>Suite 300<br>Irvine, CA 92612 | **Erica Plummer**<br>eplummer@etkinllc.com<br>248-358-0800 | **Obligations due under commercial lease** | **Contingent Unliquidated** | | | $2,912,694.00 |
| **Healthcare Administrative Partners**<br>c/o David Landau, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | dlandau@duanemorris.com<br>215-979-1230 | **Early termination of services contract** | **Contingent Unliquidated Disputed** | | | $2,100,000.00 |
| **Hutzel Women's Hospital**<br>PO Box 845610<br>Dallas, TX 75284-5610 | **Damola Ogunmade**<br>leaseadministration@tenethealth.com<br>469-893-2079 | **Trade payable** | | | | $56,452.86 |
| **Jewish Vocational Services**<br>29699 Southfield Rd.<br>Southfield, MI 48076 | **Tammy Cuneaz**<br>248-233-4283 | **Obligations due under commercial lease** | **Contingent Unliquidated** | | | $24,859.77 |
| **Dr. Mazhar Khan**<br>4104 Golf Ridge Dr. E.<br>Bloomfield Hills, MI 48302 | mhkhan@med.wayne.edu | **Wage claims** | **Contingent Unliquidated Disputed** | | | $174,463.00 |

| Debtor | **University Physician Group** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **McLaren Greater Lansing**<br>401 West Greenlawn Avenue<br>Lansing, MI 48910 | **Kelly Stephenson**<br><br>kelly.stephenson@mclaren.org<br>517-975-7621 | **Trade payable** | | | | $55,168.47 |
| **Oakwood Healthcare, Inc. d/b/a Oakwood Healthcare System**<br>18101 Oakwood Blvd<br>Dearborn, MI 48126 | **Mark Allen**<br><br>Mark.Allen@beaumont.org | **Obligations due under commercial lease** | **Contingent Unliquidated** | | | $18,844.46 |
| **Tenet Health**<br>PO Box 845610<br>Dallas, TX 75284 | **Damola Ogunmade**<br><br>leaseadministration@tenethealth.org | **Trade payable** | | | | $42,413.66 |
| **Troy Medical Properties**<br>181 West Madison Street<br>Ste 4700<br>Chicago, IL 60602 | **Danielle Schroeder**<br><br>dschroeder@mbres.com<br>312-964-9088 | **Obligations due under commercial lease** | **Contingent Unliquidated** | | | $27,442,095.00 |
| **Walton Crittenton MOB, LLC**<br>c/o Kirco<br>101 W. Big Beaver Road<br>Suite 200<br>Troy, MI 48084 | **Cheryl Grosscup**<br><br>propertyaccounting@kirco.com<br>248-680-7180 | **Lease rejection damages in relation to property located at 1135 W. University Rochester, MI.** | **Contingent Unliquidated** | | | $5,716,570.00 |
| **Wayne State University Reimbursement/Parking**<br>540 E. Canfield Rm 1241<br>Detroit, MI 48201 | **Rebecca Cooke**<br><br>rebecca.cooke@wayne.edu<br>313-577-1335 | | | | | $5,563,244.04 |
| **Wayne State University- Rent**<br>540 E. Canfield Rm. 1241<br>Detroit, MI 48201 | **Rebecca Cooke**<br><br>rebecca.cooke@wayne.edu<br>313-577-1335 | | | | | $723,721.20 |