# United States Bankruptcy Court
## Eastern District of Michigan

In re  **University Physician Group**                              Case No.  **18-55138**
Debtor(s)                                                    Chapter  **11**

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

☐  **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:
Address:

**(For additional names, attach an addendum to this form)**

■  **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  **November 7, 2018**          **/s/ University Physician Group, by Charles J. Shanley, M.D., CEO**
Signature of Authorized Individual
For Corporation Debtor

**University Physician Group, by Charles J. Shanley, M.D., CEO**
Print Name

**Chief Executive Officer**
Title